# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

*In the Case of*

Terry Bolden

v.

Sahej, LLC and Pritpal Singh Grewal

Docket No. _____
(To be Supplied by Clerk)

## PETITION AND AFFIDAVIT TO PROCEED
## WITHOUT PREPAYMENT OF FEES AND/OR COSTS

I, _____Terry Bolden_____, declare that I am the
(print your full name)

☐ Petitioner  ☒ Plaintiff  ☐ Movant  ☐ Appellant  ☐ Other_____

in the above-entitled action. In support of my request to proceed *in forma pauperis*, I declare that I am unable to pay the fees and/or costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion/appeal.

In support of this petition, I answer the following questions truthfully and under penalty of perjury: *(Additional pages may be added, if necessary, to provide complete information.)*

### Appeals

If you are filing an appeal from a district court's judgment/decision, state the issues that you intend to appeal:

_____

_____

_____

_____

Case 2:09-cv-01035-WEC   Filed 11/04/09   Page 1 of 5   Document 2

**Personal Information**

1) Are you employed? ☒ Yes ☐ No

   If no, give the month and year when you were last employed and state the amount of that monthly income.

   _____  $ _____
   (month and year)

2) Are you currently incarcerated? ☐ Yes ☒ No

   If yes, state the place of your incarceration and provide your prisoner identification number:

   _____  _____
   *(place)* *(number)*

   In addition, if you are a prisoner, you must have an authorized officer attach a printout of your prison trust account statement showing transactions for the six-month period immediately preceding the filing of your complaint, motion, petition or appeal and showing the balance of your release account. You must also complete the attached "Authorization for Release of Institutional Account Information and Payment of the Filing Fee."

3) Are you currently married? ☐ Yes ☒ No

   If yes, is your spouse employed? ☐ Yes ☐ No

4) Do you have any legal dependents (children/adults) whom you are responsible for supporting?

   ☐ Yes ☒ No

   If yes, list them below:

| First and Last Initials (For Minor Children Only) or Name | Relationship To You | Age | Amount of Support Provided Per Month |
|---|---|---|---|
| Terry Bolden | Son | 10 | $ 0.00 |
| | | | $ |
| | | | $ |

**Property** – *If you are married, your answers must **include your spouse's property**.*

1) Do you own a car? ☐ Yes ☒ No

Petition and Affidavit To Proceed Without Prepayment of Fees And/Or Costs     May 2007

-2-

**Property** -*continued*

      If yes, list car(s) below:

| Model and Make | Year | Approximate Current Value |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

2)   Do you own your residence(s)?   ☐ Yes   ☒ No

     If yes, state the approximate value(s).   $_____

3)   Do you own any other valuable tangible property, including but not limited to, jewelry, artwork, or antiques?

     ☐ Yes     ☒ No

     If yes, identify the property and its approximate value(s).

| Property | Approximate Value |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

4)   Do you have any cash or checking, savings, or other similar accounts?   ☐ Yes ☒ No

     If yes, state the total amount of such sums. $_____

5)   Do you own any intangible property, including but not limited to stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401k)?

     ☒ Yes     ☐ No

     If yes, state the nature of that property and the approximate value(s).

_____

_____

**Income** – *If you are married, your answers **must include your spouse's income**.*

> *(When calculating income, you must include any salary, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts, and inheritance, or other incoming monies.)*

State your total monthly income: $ 1040.00

State your spouse's total monthly income: $ n/a

**Expenses** – *If you are married and/or have dependents, **your expenses should also include your household's expenses.***

> *(When calculating household expenses, you may include groceries, clothing, medical costs, utilities which are not included in your rental payments, transportation, and insurance.)*

1) Identify the following amounts that you pay per month:

   ☒ Rent   or   ☐ Mortgage        $ 498.33

   Car payment(s)                   $ n/a

   Alimony and/or court-ordered child support   $ n/a

   Credit card payment(s)           $ n/a

2) Do you have any other monthly expenses that you have not already identified?

   ☒ Yes    ☐ No

   If yes, list them below:

   | Expense | Amount |
   |---|---|
   | Phone bill | $ 65.00 |
   | Bus pass | $ 72.58 |
   |  | $ |
   |  | $ |

3) What is the total amount of your monthly expenses?   $ 635.91

**Other Circumstances** – *Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.*

Although I am employed, more than half of my wages go to pay rent at a rooming house and for a phone. The remainder of my wages go toward everyday expenses including food and clothing. Without a highschool diploma and access to a car, it is difficult to obtain better paying employment, although I am trying. I am unable to pay the fees to bring this case before the Court. This case is an action to recover unpaid minimum and overtime wages which I am entitled to under the Fair Labor Standards Act and Wisconsin Law. I ask that the Court waive the filing fee and other fees in this matter so that I can pursue my rights under the law.

11-3-09
Date

*[Signature]*
Signature – Signed Under Penalty of Perjury